ANNA S. GRIFFEN, as Administratrix of the Estate of WALTER H. GRIFFEN, Deceased, Appellant, *v.* WILLIAM DE FOREST MANICE, Respondent.

*Griffen* v. *Manice*, 74 App. Div. 371, affirmed.
(Argued February 11, 1903; decided March 3, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 31, 1902, which affirmed a judgment in favor of defendant entered upon an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and dismissing the complaint.

*Robert M. Boyd, Jr.,* for appellant.

*Albert Stickney* and *John M. Perry* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN and WERNER, JJ. Dissenting: HAIGHT, J.